■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUADAUN JAMES, Appellant. [19 NYS3d 166]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Denis J. Boyle, J., at hearing; Robert Sackett, J., at first trial, plea, sentencing and resentencing), rendered on or about December 4, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Sweeny, Andrias and Moskowitz, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHAN VASQUEZ, Appellant. [19 NYS3d 166]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Edward McLaughlin, J.), rendered on or about February 4, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Sweeny, Renwick, Andrias and Moskowitz, JJ.